IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED
2019 JAN 11 A 10:34
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES L. ROBINSON
PLAINTIFF

V.                           CASE NO. 1:19-cv-39-WKW-CSC

JEFFERSON DUNN - COMMISSIONER
A. TERRY - DIRECTOR OF CENTRAL RECORDS
LYNN HEAD - ALABAMA PAROLE BOARD
MS. BLACK - HOUSTON CO. PAROLE OFFICER
SHERIFF D. VALENZA - HOUSTON CO. SHERIFF
OFFICER DOWNS - HOUSTON CO. JAIL
MS. LEWIS - CENTRAL RECORDS DIVISION
MS. C. SNELL - HOUSTON CO. RECORDS DIVISION
GOVERNOR K. IVEY
   DEFENDANTS

CIVIL RIGHTS VIOLATION COMPLAINT
PURSUANT TO 42 USC SEC. 1983

COMES NOW JAMES ROBINSON AND INVOKE 18 USC SEC(S) 241 AND 242 PURSUANT TO 42 USC SEC. 1983 FOR FULL CRIMINAL VIOLATIONS DONE KNOWINGLY AND INTENTIONALLY TO VIOLATE ROBINSON'S CIVIL RIGHTS.

1.

FACTS KNOWN TO EACH NAMED DEFENDANT. Robinson was arrested and placed in custody in the Houston County Jail under a fugitive warrant on and about January 5, 2019.

Robinson was not a fugitive from justice on January 5, 2019, and Robinson was discharged by writ of habeas corpus - State of Alabama habeas corpus govern under State of Alabama Constitution, Alabama Code, and United States Constitution. The orders of discharge of Robinson was served to each named defendant, and made known to each named defendant.

Robinson was discharged in the following cases as orders of presiding Circuit Court Judge Larry K. Anderson done April 3, 2018, and Circuit Clerk by seperate written order on and about May 21, 2018 Served A. Terry Director of Central Records. Robinson served each named defendant, and requested release to be return back to the liberty of freedom which was granted.

Robinson had no more time to serve in Alabama Prison nor any parole time, all sentences and convictions had been served, full discharge, and State of Alabama agreed.

2

GROUND ONE - CONSPIRACY TO VIOLATE ROBINSON'S CIVIL RIGHTS. ALABAMA DEPARTMENT OF CORRECTIONS OFFICIALS-DEFENDANTS; CONSPIRED WITH ALABAMA PAROLE BOARD, AND HOUSTON COUNTY OFFICIALS JOIN AND ENTERED INTO THE CONSPIRACY. EACH AND EVERY STATE AGENCY HAD FULL KNOWLEDGE THAT THEY WERE VIOLATING ROBINSON'S CIVIL RIGHTS, AND EACH NAMED DEFENDANT MADE ROBINSON A SLAVE IN VIOLATION OF UNITED STATES CONSTITUTION. ROBINSON'S 1ST, 4TH, 5TH, 6TH, 8TH, 13TH, AND 14TH AMENDMENTS BEING VIOLATED.

ALL HAVE CONSPIRED TO HOLD ROBINSON ILLEGALLY MAKING ROBINSON A SLAVE.

GROUND TWO - ILLEGAL ARREST. DEFENDANTS HAD NO PROBABLE CAUSE, NO JUST CAUSE, NO CAUSE AT ALL TO MAKE AN ARREST UNDER A FUGITIVE WARRANT. EACH KNEW ROBINSON WAS NOT A FUGITIVE. THEREFORE ILLEGAL ARREST CAN'T BE REFUTED. ROBINSON WAS DISCHARGED AND GRANTED FREEDOM ON THE VERY CASES THAT WERE USED TO ISSUE THE FUGITIVE WARRANT.

RELIEF - ROBINSON SEEKS FULL INVESTIGATION FOR THE CONSPIRACY TO VIOLATE CIVIL RIGHTS. ROBINSON SEEKS TO DECLARE EACH DEFENDANT ACTS AND ACTION TO BE IN VIOLATION OF ROBINSON'S CONSTITUTIONAL RIGHTS. ROBINSON ISN'T FILING FALSE

IMPRISONMENT CLAIM UNDER THIS COMPLAINT FOR RELIEF. ROBINSON INVOKES 18 USC SEC(S) 241 AND 242 FOR CRIMINAL INVESTIGATION. ROBINSON SEEKS DECLARATORY RELIEF. TO ALL RELIEF ROBINSON IS ENTITLED FOR FALSE ARREST.

RESPECTFULLY

*James Robinson*

JAMES ROBINSON
901 E. MAIN ST.
DOTHAN, AL. 36301
JANUARY 10, 2019

DEFENDANTS ADDRESS
1. J. DUNN - 301 SOUTH RIPLEY ST. MONTGOMERY, AL. 36104
2. L. HEAD - SAME ADDRESS
3. A. TERRY - SAME ADDRESS
4. MS. LEWIS - SAME ADDRESS
5. SHERIFF VALENZA - 901 E. MAIN ST. DOTHAN, AL. 36301
6. OFFICER DOWNS SAME ADDRESS
7. C. SNELL - SAME ADDRESS
8. GOVERNOR H. IVEY - 600 DEXTER AVE MONTGOMERY AL. 36104

4.

JAMES ROBENSON
48410 WEEKEND
901 E. MAIN ST.
DOTHAN, AL. 36801

Houston County Jail
Inmate Mail

MONTGOMERY AL 360
10 JAN 2019 PM 3 L
FOREVER USA
Barn Swallow

MIDDLE DISTRICT
OFFICE OF FEDERAL COURT
ONE CHURCH ST.
MONTGOMERY, AL.
36104

36104-401801