IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:19-CV-39-WKW |
| | ) |
| JEFFERSON S. DUNN, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for special court order filed by the plaintiff on April 25, 2019 (Doc. 31), which the court construes as a motion to compel production of any documents establishing that he was released from incarceration on March 4, 2019, it is

ORDERED that this motion be and is hereby GRANTED to the extent addressed in this order. It is further

ORDERED that on or before May 10, 2019 the defendants shall provide to the plaintiff any documents within their possession or control addressing his most recent release from incarceration which the plaintiff states occurred on March 4, 2019.

DONE this 25th day of April, 2019.

                                        /s/ Charles S. Coody
                          UNITED STATES MAGISTRATE JUDGE