IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED 2019 DEC 16 A 11: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES ROBINSON<br>PLAINTIFF<br><br>v.<br><br>JEFFERSON DUNN, et, al;<br>DEFENDANTS | CASE NO. CV-19-39-WKW |

## PLAINTIFF'S DENIAL OF EQUAL PROTECTION JURISDICTION OF THIS COURT INVOKED

COMES NOW JAMES ROBINSON AND REQUEST THIS COURT TO DEMAND DEFENDANTS TO ANSWER. THIS COURT ENTERED SEVERAL ORDERS GRANTING DEFENDANTS EXTENSIONS OF TIME TO EXHAUST; WHAT IS NO MORE THAN SEEKING TO LITIGATE THIS 42 USC SECTION 1983 IN STATE OF ALABAMA'S COURT.

THE ACTS DONE BY THIS COURT VIOLATES ROBINSON'S UNITED STATES CONSTITUTIONAL RIGHTS. (1) THE 1ST AMENDMENT UNDER FREE SPEECH, (2) THE 4TH AMENDMENT DEPRIVATION OF LIBERTY OF FREEDOM, (3) PRINCIPLES OF 5TH AMENDMENT UNDER DOUBLE JEOPARDY - TWICE AND MORE VIOLATING DUE PROCESS - SEEKING STATE COURTS EXHAUSTATION OF 4TH AMENDMENT, (4) EXPOSURE TO CRUEL AND UNUSAL PUNISHMENT - INFLICTING DANGER TO THE FEDERAL PLAINTIFF THROUGH THE GRANTING OF EXTENSIONS THAT SERVE NO PURPOSE - CLEAR 8TH AMENDMENT VIOLATIONS.

1.

THE ACTUAL THREATS MADE TO A FEDERAL PLAINTIFF FOR DEATH, AND TO DO SERIOUS PHYSICAL INJURY TO PLAINTIFF. THE FULL DENIAL OF PROPER MEDICATION PRESCRIBED, AND PLACING FEDERAL PLAINTIFF UNDER EXPOSURE TO VIOLENT CORRECTIONAL OFFICIALS WHO BY MAJORITY INFLICT EXCESSIVE FORCE AND VIOLENT ASSAULTS, AND ROBINSON PLACED IN DANGER FOR SEEKING A CONSTITUTIONAL RIGHT UNDER THE 6TH AMENDMENT. (5) ROBINSON MADE AN ILLEGAL SLAVE, PLACED INTO SLAVERY IN VIOLATION OF THE 13TH AMENDMENT, WHERE ROBINSON DON'T HAVE A CONVICTION TO SERVE, AND UNDER ALABAMA STATUTE CODE OF ALA. 1975 SEC. 15-21-26 ROBINSON CAN'T BE REIMPRISON AFTER RECEIVING A LEGAL LAWFUL DISCHARGE. AND (6) ROBINSON'S 14TH AMENDMENT RIGHTS UNDER EQUAL PROTECTION OF LAWS, AND STATE LAW WHICH CLEARLY STATE THAT AFTER THE EXPIRATION OF 30 DAYS CIRCUIT COURT OF HOUSTON COUNTY JUDGE ANDERSON DON'T HAVE JURISDICTION TO ALTER, AMEND, NOR VACATE THE APRIL 6, 2018 ORDER OF DISCHARGE.

DEFENDANTS HAVE ENGAGED IN A CONSPIRACY. THE CONSPIRACY PURPOSE WAS TO DIRECTLY TO DEPRIVE ROBINSON OF A PROTECTED PERSONAL EQUAL PROTECTION OF LAW. AND ACTING UNDER THE COLOR OF STATE LAW DEFENDANTS CONSPIRED - AND BY WHITE RACIAL ACTS, AND ILLEGAL ACTS HAD CIRCUIT COURT JUDGE OF HOUSTON COUNTY TO VIOLATE ALABAMA WRITTEN LAWS GUARANTEED TO PROTECT ROBINSON. DEFENDANTS THE CONSPIRATORS COMMITTED AN ACT AND ACTIONS TO FURTER THE CONSPIRACY BY AND THROUGH ALABAMA STATE COURT WITHOUT HAVING SUBJECT MATTER TO DO SO. ROBINSON A FEDERAL PLAINTIFF AS A RESULT HAVE SUFFERED INJURY TO HIS PERSON, AND PROPERTY, AND KNOWINGLY DEPRIVED OF A RIGHT A FULL PRIVILEGE OF LIBERTY OF CITIZENS FREEDOM.

I. UNDER FEDERAL AND STATE COURT CIVIL RULES TO INTERVENE IN A COURT ACTION, THERE MUST BE JURISDICTION TO INTERVENE.

1. ROBINSON'S UNLAWFUL CUSTODY RULED ON IN ESCAMBIA COUNTY, ALABAMA COURT. DEFENDANTS WERE EXCLUDED BY ALABAMA CRIMINAL COURT OF APPEALS, AND COURT'S ORDER THAT ROBINSON'S UNLAWFUL CUSTODY HAD NOTHING TO DO WITH CALCULATION OF TIME.

II. ALABAMA SUPREME COURT LAW; AFTER THE EXPIRATION OF 30 DAYS THE COURT LOST SUBJECT MATTER JURISDICTION. THE APRIL 6, 2018 HABEAS CORPUS ORDER WAS FINAL.

1. DEFENDANTS INTERVENE IN A COURT HABEAS CORPUS THAT WAS UNDER THE SOLE JURISDICTION OF THE HOUSTON COUNTY, ALABAMA DISTRICT ATTORNEY - FOR THE NEGOTIATED PLEA AGREEMENT. DEFENDANTS HAVING KNOWLEDGE THAT ALABAMA CRIMINAL APPEAL PRESIDING JUDGE WINDOM'S ORDERS FROM ESCAMBIA COUNTY CIRCUIT COURT EXCLUDED DEFENDANTS.

2. ILLEGAL ACTS OF CONSPIRACY WERE DONE AGAINST FEDERAL PLAINTIFF UNDER THE COLOR OF STATE LAW WHERE ON JUNE 4, 2019 DEFENDANTS SUBMITTED A ORDER TO JUDGE ANDERSON TO SIGN. A DIRECT VIOLATION OF ALABAMA LAW, WHICH DEMAND A CIRCUIT COURT JUDGE CAN'T ACCEPT A ORDER FROM DEFENDANTS, HE MUST MAKE INDEPENDENT FINDING OF FACTS. IT BEING KNOWN TO DEFENDANTS AND TO JUDGE ANDERSON THAT THERE'S NO SUBJECT MATTER JURISDICTION FOR ANY INTERVENTION NOR TO VACATE APRIL 6, 2018 ORDER OF DISCHARGE.

3. ILLEGAL ACTS of CONSPIRACY WERE DONE AGAINST FEDERAL PLAINTIFF IN ALABAMA CRIMINAL COURT of APPEALS BY ORDER DATED NOVEMBER 20, 2019. DEFENDANTS AND ALABAMA CRIMINAL COURT of APPEAL JUDGE WINDOM DISMISSING ROBINSON'S MANDAMUS BASED ON AN APRIL 23, 2019 ORDER THAT WASN'T FINAL, NOR WAS IT THE BASIS of ROBINSON'S MANDAMUS.

EACH AND EVERY ACT DONE CAME BY AND THROUGH THIS COURT'S ORDER GRANTING EXTENSIONS of TIME WITHOUT ANY FEDERAL RIGHTS AS ESTABLISH PURSUANT TO 42 USC SEC. 1983.

## RELIEF IS DUE

1. JUDGE ANDERSON TO ANSWER TO THIS COURT TO THE FACTUAL PROOF THAT HE SIGN OFF ON AN ORDER DRAFTED BY DEFENDANTS.

2. JUDGE WINDOM TO ANSWER HOW COULD THE APRIL 23, 2019 ORDER BE FINAL WHEN JUDGE ANDERSON ENTERED TWO ORDERS ON APRIL 23, 2019. SECOND ORDER CLEARLY STATING: "THIS IS A FEDERAL MATTER..."

3. ROBINSON'S EQUAL PROTECTION RIGHTS TO HAVE FULL EQUAL PROTECTION HAVE BEEN VIOLATED UNDER THE COLOR of STATE LAW, WHERE DEFENDANTS HAVE CONSPIRED UNDER THE WHITE GOVERNMENT TO DEPRIVE A FEDERAL PLAINTIFF WHO IS AFRICAN AMERICAN of THE LIBERTY of FREEDOM WHICH CAN'T BE TAKEN.

4. THIS COURT OWE ROBINSON A DUTY ESTABLISH BY CONGRESS TO PROTECT THE CONSTITUTION. ROBINSON'S CIVIL RIGHTS.

Respectfully

*[signature]*

James Robenson 121865
P.O. Box 150
Mt. Meigs, AL. 36057
December 12, 2019

Certificate of Service

I have this 12 day of December 2019 placed in prison official hands a copy of the same to ADOC Legal Division attorneys for defendants by my signature below.

*[signature]*

5-

JAMES ROBINSON 121845
J-40A
P.O. BOX 150
MT. MEIGS, AL. 36057

MONTGOMERY AL
13 DEC 2019 PM 3

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

OFFICE of CLERK
UNITED STATES FEDERAL COURTHOUSE
ONE CHURCH STREET
MONTGOMERY, AL. 36101

36104-401801

LEGAL MAIL