IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 DEC 16 A 11:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES ROBINSON
PLAINTIFF

V.   CV-19-39-WKW

JEFFERSON DUNN, et, al;
DEFENDANTS

MOTION FOR DEFENDANTS TO REPLACE COURT DOCUMENTS

COMES NOW PLAINTIFF AND PETITION THIS COURT FOR JEFFERSON DUNN TO REPLACE THE COPIES OF (1) WRIT OF CERTIORARI (2) PETITION FOR WRIT OF MANDAMUS, AND THIS COURT'S DENIAL FOR APPOINTMENT OF COUNSEL RULING. DEFENDANTS BY AND THROUGH AN ALLEGED ROBBERY OF A WHITE MALE INMATE, TOOK AND DESTROYED PLAINTIFF'S DOCUMENTS. PLAINTIFF IS SEEKING FOR I AND I TO DO A FULL INVESTIGATION OF ALL ACTS DONE TO PLAINTIFF AND TO OTHERS WHO HAVE SUFFERED ASSAULTS, AND BRUTAL EXCESSIVE FORCE. THIS ORDER SHOULD ENTER WHERE PLAINTIFF'S SIXTH AMENDMENT IS BEING OBSTRUCTED WITHOUT CAUSE.

RESPECTFULLY
James Robinson
JAMES ROBINSON
P.O. BOX 150
MT. MEIGS, AL. 36057
DECEMBER 11, 2019

CERTIFICATE OF SERVICE

I HAVE GAVE NOTICE TO DEFENDANT ATTORNEY A COPY OF THIS IS EXPLAINED, AND NO MORE CARBON PAPER DO PLAINTIFF HAVE. 25¢ IS THE ONLY FUNDS AND DEFENDANTS HAVE NOT OPEN BUSINESS ACCOUNT. DONE THIS 11 DAY OF DECEMBER, 2019. SIGNATURE BELOW.

James Robinson

JAMES ROBINSON 121865
J-40A
P.O. BOX 150
MT. MEIGS, AL. 36057



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication"

OFFICE OF CLERK
FEDERAL COURTHOUSE
ONE CHURCH ST.
MONTGOMERY, AL. 36101

3610434018