IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:19-CV-39-WKW ) [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Plaintiff James L. Robinson objects to the Magistrate Judge's Order denying his motion for special order for production of documents. The Magistrate Judge based her ruling on her finding that Defendants have produced those documents relevant to the disposition of this case as exhibits to their special report. (Doc. # 93.) After careful consideration, it is ORDERED that Plaintiff's objection (Doc. # 98) is OVERRULED inasmuch as the order to which Plaintiff objects (Doc. # 93) is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

DONE this 25th day of February, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE