IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:19-CV-39-WKW |
| | ) | [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the *pro se* motion for reconsideration filed by James L. Robinson. (Doc. # 108.) Upon consideration of the motion, it is ORDERED that the motion is DENIED.

DONE this 18th day of March, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE