IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19-CV-39-WKW |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff James L. Robinson's *pro se* motion to "transfer to DOJ Civil Division." (Doc. # 114.) It is ORDERED that the *pro se* motion (Doc. # 114) is DENIED.

DONE this 9th day of April, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE